UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS | § CASE NUMBER: 1:25-CR-32-CLC-MJD-1 |
| | § |
| KENYA EMIL WHITE. | § |
| Defendant. | § |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kenya White hereby appeals to the United States Court of Appeals for the Sixth Circuit from the judgment entered in this case on the 25th day of February, 2026.

Respectfully submitted, this 6th day of March, 2026.

_/s/ McCracken Poston_
McCracken Poston, BPR #020375
Attorney for Defendant
7713 Nashville Street, Suite C
Ringgold, Georgia 30736
706-965-8300 (Office)
706-965-5413 (Facsimile)
Email: postonlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ McCracken Poston_
McCracken Poston, BPR# 020375
7713 Nashville Street, Suite C
Ringgold, Georgia 30736
(706) 965-8300