UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | § |
| --- | --- |
| | § |
| VS | §CASE NUMBER: 1:25-CR-32-CLC-MJD-1 |
| | § |
| | § |
| | § |
| KENYA EMIL WHITE. | § |
| Defendant. | § |

## MOTION TO APPOINT COUNSEL ON APPEAL

Kenya Emil White respectfully moves the Court for appointment of counsel under the Criminal Justice Act. Defendant is in federal custody of the Bureau of Prisons, or soon will be. Defendant is financially unable to retain counsel for purposes of appeal and requests that the Court appoint counsel to represent him before the United States Court of Appeals.

Respectfully submitted, this 6th day of March, 2026.

_____
McCracken Poston, BPR #020375
Attorney for Defendant
7713 Nashville Street, Suite C
Ringgold, Georgia 30736
706-965-8300 (Office)
706-965-5413 (Facsimile)
Email: postonlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_____
McCracken Poston, BPR# 020375
7713 Nashville Street, Suite C
Ringgold, Georgia 30736
(706) 965-8300
(706) 965-5413 (facsimile)